FILED - USDC - FLMD - ORL
OCT 1 2025 PM5:00

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 6:25-cr- 278-WWB-RMN
18 U.S.C. § 875(c)

EDWIN GUERRERO

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**
**(Interstate or Foreign Communication of a Threat to Injure)**

Between on or about August 14, 2024, and on or about August 15, 2024, in the Middle District of Florida, and elsewhere, the defendant,

EDWIN GUERRERO,

did knowingly transmit in interstate and foreign commerce a communication containing a true threat to injure the person of another, that is, Victim 1, with the intent to communicate a true threat and with recklessness as to whether the communication would be viewed as a true threat, including by posting a photo of a deceased male captioned "This is gonna be [Victim 1] very very soon ... See you in Florida" on the social media platform X.

In violation of 18 U.S.C. § 875(c).

**COUNT TWO**
**(Interstate or Foreign Communication of a Threat to Injure)**

Between on or about August 14, 2024, and on or about August 15, 2024, in the Middle District of Florida, and elsewhere, the defendant,

EDWIN GUERRERO,

did knowingly transmit in interstate and foreign commerce a communication containing a true threat to injure the person of another, that is, Minor Victim 1 and Minor Victim 2, with the intent to communicate a true threat and with recklessness as to whether the communication would be viewed as a true threat, including by posting a photo of a deceased male captioned "[Victim 1] when he steps out in Florida don't worry [Minor Victims 1 and 2] will suffer the same fate" on the social media platform X.

In violation of 18 U.S.C. § 875(c).

**FORFEITURE**

1. The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 875, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

[redacted]

Foreperson

GREGORY W. KEHOE
United States Attorney

By: ______________________
Noah P. Dorman
Assistant United States Attorney

By: ______________________ for
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

FORM OBD-34
September 25

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

EDWIN GUERRERO

INDICTMENT

Violations: 18 U.S.C. § 875(c)

A true bill, [redacted]

Foreperson

Filed in open court this 1st day

of October 2025.

Clerk

Bail $

GPO 863 525